IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONIA ROYAL, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil No. 3:10-CV-1362-K |
| | § | |
| CCC&R TRES ARBOLES, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 6 2012

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on August 23, 2012, the Defendant filed a Response to Plaintiff's Objections on August 28, 2012, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this _6_ day of ~~August~~ September, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE