IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| TONIA ROYAL, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil No. 3:10-CV-1362-K-BK |
| | § | |
| CCC&R TRES ARBOLES, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's case be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SO ORDERED

SIGNED this ___ day of August, 2012.

ED KINKEADE
UNITED STATES DISTRICT JUDGE