IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONIA ROYAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 3:10-CV-1362 |
| | § | |
| CCC&R TRES ARBOLES, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Tonia Royal in the above-entitled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following:

1. the order accepting the findings, conclusions, and recommendation of the magistrate judge, dated September 6, 2012 (Dkt. 92); and

2. the judgment dismissing Plaintiff's case with prejudice, dated September 6, 2012 (Dkt. 93).

                  Respectfully submitted,

                  **SANFORDBETHUNE**

                  By: /s/   Brian P. Sanford
                     Brian P. Sanford
                     Texas Bar No. 17630700
                     David B. Norris
                     Texas Bar No. 24060934

                  3610 Shire Blvd., Suite 206
                  Richardson, Texas 75082
                  Telephone: (972) 422-9777
                  Facsimile:  (972) 422-9733

                  **ATTORNEYS FOR PLAINTIFF
                  TONIA ROYAL**

## **CERTIFICATE OF SERVICE**

      On October 4, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            /s/ *Brian P. Sanford*